Arthur Egbert Fisher, Esq.
A. Fisher Legal Services, Inc. A.P.C.
Registered California Law Corporation
P.O. Box 455 Hailey, ID 83333
art@baylaw.com; (208) 309-0357
Attorney for Relator & Qui-Tam Plaintiff
TAXPAYERS AGAINST FRAUD, LLC

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *Ex Rel* TAXPAYERS AGAINST FRAUD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>[UNDER SEAL],<br><br>Defendant(s). | Case No. 24-cv-6344-AGT<br><br>**FILED UNDER SEAL**<br><br>NOTICE OF VOLUNTARY DISMISSAL FRCP 41(a)(1)(A)(i); LOCAL RULE 77-2(c); [PROPOSED] ORDER |

Pursuant to Federal Rules of Civil Procedure RULE 41(a)(1)(A)(i) Plaintiff/Relator TAXPAYERS AGAINST FRAUD, LLC and their Counsel hereby notify the District Court, by filing with the Office of the Clerk and delivery to Counsel for their co-Plaintiff the United States of America, that the captioned case is voluntarily dismissed without prejudice.

If necessary, an Order of Dismissal may be made and entered by the Clerk of Court under Local Rule 77-2(c). A proposed Order for the Court's signature is attached.

Relator/Plaintiff requests of the Court and of the Clerk of Court that all filings and court records in this matter be ordered to remain under seal until further ordered by the Court.

RESPECTFULLY SUBMITTED:

Dated: March 25, 2025         By: _____
                              Arthur E. Fisher, Attorney for Relator/Plaintiff

NOTICE OF VOLUNTARY DISMISAL

[PROPOSED] **ORDER**

For good cause shown IT IS HEREBY ORDERED that:

1. The above captioned case is hereby dismissed without prejudice; and
2. All filings and court records in this case shall remain under seal until further ordered by this Court.

**SO ORDERED.**

Dated: March __, 2024

_____
Hon Alex Tse, District Court Judge

**NOTICE OF VOLUNTARY DISMISAL**