PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
AUDREY PAK (CABN 299991)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
Telephone: (415) 436-6838
FAX: (415) 436-6748
Audrey.Pak@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TAXPAYERS AGAINST FRAUD LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMANGOOD NORCAL CORP, et al,.<br><br>    Defendants. | Civil Action No. 24-cv-6344-AGT<br><br>**THE UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO DISMISSAL; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

On March 25, 2025, Relator Taxpayers Against Fraud LLC filed a notice of voluntary dismissal without prejudice of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is

commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

    Relator's notice of voluntary dismissal contains a request that all papers and filings in this matter remain under seal. The United States objects to Relator's request to keep this case under seal, on the ground that the False Claims Act qui tam seal is only for the period of time that the government needs to investigate a relator's allegations and make a determination whether to intervene in the case. See 31 U.S.C. § 3730(b)(2)-(4). The United States therefore requests that all papers on file in this action, including Relator's Complaint, the Summons (if any), the Case Management Order, Relator's Notice of Dismissal, this Notice, and the attached Proposed Order, be unsealed, and that the seal be lifted as to all matters subsequently occurring in this action.

    A proposed order accompanies this notice.

DATED: March 27, 2025　　　　　　　　　　Respectfully submitted,

                                                   PATRICK D. ROBBINS
                                                 Acting United States Attorney

                                               */s/ Audrey Pak*
                                               AUDREY PAK
                                               Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TAXPAYERS AGAINST FRAUD LLC,<br><br> Plaintiff,<br><br> v.<br><br>HUMANGOOD NORCAL CORP, et al,.<br><br> Defendants. | Civil Action No. 24-cv-6344-AGT<br><br>**FILED UNDER SEAL** |

### **[PROPOSED] ORDER**

The Relator, Taxpayers Against Fraud LLC, having filed a Notice of Voluntary Dismissal of this action without prejudice, and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), IT IS HEREBY ORDERED THAT:

1. this action is dismissed without prejudice;

2. all papers on file in this action be unsealed; and

3. the seal be lifted as to all other matters occurring in this action after the date of this order.

This _____ day of _____, 2025.

                         _____
                         HON. ALEX G. TSE
                         United States Magistrate Judge